# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2022

## NO. 03-21-00622-CV

**Appellant, Adolfo Gallela// Cross-Appellant, Lauren Heather McMahan**

**v.**

**Appellee, Lauren Heather McMahan// Cross-Appellee, Adolfo Gallela**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on August 18, 2021. Having reviewed the record, the Court holds that Appellant Adolfo Gallela and Cross-Appellant Lauren Heather McMahan have not prosecuted their appeals and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeals for want of prosecution. McMahan shall bear her own costs relating to her appeal, both in this Court and the court below. Because Gallela is indigent and unable to pay costs, no adjudication of costs is made as to Gallela.